UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALLSTATE INSURANCE COMPANY, et al., | Case No. 17-cv-03343-VC |
|---|---|
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| MIRANDA REDIG, et al., | |
| Defendants. | |

Daniel Rottinghaus and Fredrick Arthur Hagen, counsel for defendants Alan and Juanita Kizor, are ordered to show cause why they should not be sanctioned for failing to appear at the December 19, 2017 case management conference. Mr. Rottinghaus and Mr. Hagen must file a response to this order to show cause, in writing, by December 29, 2017. A hearing on the order to show cause will take place on January 4, 2018 at 10 a.m. Mr. Rottinghaus and Mr. Hagen must appear in person at the hearing.

**IT IS SO ORDERED.**

Dated: December 20, 2017

VINCE CHHABRIA
United States District Judge